

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
Nevada Bar Number 14702
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
Andrew.Duncan@usdoj.gov

*Attorneys for the United States of America*

FILED.

DATED: 1:08 pm, March 04, 2021

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>RONALD BRUCE FORD,<br><br>             Defendant. | Case No.  2:21-mj-00185-DJA<br><br>**APPLICATION TO SEAL** |

COMES NOW the United States of America, by and through Christopher Chiou, Acting United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, this Application and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

In this case, an order sealing the Complaint would be appropriate because the attached Complaint relates to an ongoing criminal investigation into violations of 18 United States Code, Sections 922(g)(1), 922(g)(9), and 924(a)(2) – Prohibited Person in Possession of a Firearm; that is neither public nor known to the target of the investigation, and its disclosure may alert the target to the ongoing federal investigation. Accordingly, there is reason to believe that the disclosure of the

information contained within the Complaint will jeopardize the investigation, including by giving the target an opportunity to flee or continue flight from prosecution. Additionally, the target is a convicted felon for Home Invasion and possessed firearms in the present case. Therefore, there is reason to believe that notification of the existence of the complaint would likely place law enforcement at higher risk of confrontation when securing the arrest of the target.

DATED this 3rd day of March, 2021.

Respectfully submitted,
CHRISTOPHER CHIOU
Acting United States Attorney

By: *Andrew W. Duncan*
Andrew W. Duncan
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FILED.
DATED: 1:08 pm, March 04, 2021
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD BRUCE FORD,

    Defendant.

Case No. 2:21-mj-00185-DJA

**ORDER TO SEAL**

Based on the pending Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this __4th__ day of March, 2021.



HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3